UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR COLE,<br><br>        Plaintiff,<br><br>    v.<br><br>GARRETT, et al.,<br><br>        Defendants. | No.  1:24-cv-01483 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE IN FORMA PAUPERIS APPLICATION ON COURT'S FORM<br><br>ORDER DIRECTING PLAINTIFF TO FILE SIX-MONTH PRISON TRUST FUND ACCOUNT STATEMENT<br><br>See 28 U.S.C. §1915(a)(1)-(2)<br><br>IN FORMA PAUPERIS APPLICATION AND SIX-MONTH TRUST FUND ACCOUNT STATEMENT DUE IN THIRTY DAYS |

      Plaintiff, a federal inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  See ECF No. 1 at 1 (complaint); see also ECF No. 2 (application to proceed in forma pauperis).  Plaintiff, however, has not filed the in forma pauperis application on the Court's form.  In addition, Plaintiff has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

      Plaintiff will be given the opportunity to both submit a copy of this Court's in forma pauperis application as well as a certified copy in support of the application.  He will be given

1

thirty days to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of this Court's Application to Proceed In Forma Pauperis By a Prisoner;

2. Within thirty days from the date of this order, Plaintiff shall:

    a. COMPLETE and SUBMIT the application to proceed in forma pauperis, and

    b. COMPLETE and SUBMIT a certified copy of his six-month prison trust fund account statement to the Court. See 28 U.S.C. §1915(a)(1)-(2).

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated: **December 9, 2024**               **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE