UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR COLE,<br><br>            Plaintiff,<br><br>      v.<br><br>GARRETT, et al.,<br><br>            Defendants. | No. 1:24-cv-01483 GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL<br><br>(ECF No. 3) |

Plaintiff has filed a motion for the appointment of counsel. ECF No. 3. Given that this matter has not yet been screened, it has yet to be determined whether Plaintiff has filed a viable complaint against proper defendants. As a result, the motion is premature, and it will be denied for lack of jurisdiction. See Lightfoot v. Cendant Mortgage Corp., 580 U.S. 82, 95 (2017) ("A court must have the power to decide the claim before it (subject matter jurisdiction) and power over the parties before it (personal jurisdiction) before it can resolve a case.").

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the appointment of counsel (ECF No. 3) is DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated:   **December 9, 2024**                    **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE

1